■ The People of the State of New York, Respondent, v Patrick Michaele, Appellant. [719 NYS2d 32] —Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered January 20, 2000, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of 9 to 18 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The record supports the court's finding that defendant's statements were not the product of an unlawful detention (see, People v Li, 235 AD2d 211, lv denied 89 NY2d 1037). Defendant voluntarily accompanied the police to the precinct to assist in their investigation, and was never frisked, handcuffed, or restrained in any way. The interview was relatively brief and nothing in the tone of the questions suggested that defendant was not free to leave.

We perceive no basis for reduction of sentence. Concur— Williams, J. P., Mazzarelli, Andrias, Lerner and Friedman, JJ.

■ In the Matter of Anthony Abbate, Petitioner, v Howard Safir, as Police Commissioner of the City of New York, et al., Respondents. [719 NYS2d 31] —Determination of respondent Police Commissioner dated December 11, 1996, dismissing petitioner from his position as a police officer, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Phyllis Gangel-Jacob, J.], entered September 18, 1998), dismissed, without costs.

Substantial evidence supports respondent's findings that petitioner lied at his official interview when he stated that he did not utter profanities to another officer, and, in a separate incident, was discourteous and disrespectful to another officer in uttering racial epithets in an argument. No basis exists to disturb respondent's findings of credibility (see, Matter of Berenhaus v Ward, 70 NY2d 436, 443-444). Given petitioner's poor disciplinary record, the penalty of dismissal does not shock our sense of fairness. Concur—Williams, J. P., Mazzarelli, Andrias, Lerner and Friedman, JJ.